UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                       CR. NO. S-05-158 LKK

JAMES AMANDO WATKINS

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,

    v.                       CR. NO. S-07-08 WBS

JAMES AMANDO WATKINS,

                                        **RELATED CASE ORDER**

        Defendant.
_____/

    Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the defendant's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of

1  judicial effort and is also likely to be convenient for the
2  parties.
3       The parties should be aware that relating the cases under
4  Local Rules 83-123 merely has the result that the actions are
5  assigned to the same judge; no consolidation of the actions is
6  effected.  Under the regular practice of this court, related cases
7  are generally assigned to the judge to whom the first filed action
8  was assigned.
9       IT IS THEREFORE ORDERED that the action denominated CR. NO.
10 S-07-08 WBS be, and the same hereby is, reassigned to Judge
11 Lawrence K. Karlton for all further proceedings.  Henceforth the
12 caption on all documents filed in the reassigned case shall be
13 shown as CR. NO. S-07-08 LKK.
14      IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17      IT IS FURTHER ORDERED that a status conference is set for
18 February 13, 2007 at 9:30 a.m. in Cr. S-07-08 LKK.
19      DATED:  January 26, 2007.

```
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```