DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES AMANDO WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-158 LKK, CR-S-07-008 |
|---|---|
| Plaintiff, | ) LKK |
| v. | ) **ORDER** |
| JAMES AMANDO WATKINS, | ) Date: March 13, 2007 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on February 27, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Amando Watkins, who was present in court and in custody.

Defense counsel represented that the defendant had made a settlement offer to the United States which encompassed both cases: CR-S-05-158 LKK, the pending supervised release violation, and CR-S-07-

1  008, LKK, the new pending charges.  Both counsel requested two
2  additional weeks to give the government time to consider the offer.
3  The parties requested a status conference date of March 13, 2007.
4  　Accordingly, the parties agreed to exclude time from calculation
5  under the Speedy Trial Act for the reasons stated above, pursuant to 18
6  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
7  counsel, from February 27, 2007, up to and including March 13, 2007.
8  　**Good cause appearing therefor**,
9  　IT IS ORDERED that this matter is continued to March 13, 2007, at
10 9:30 a.m. for a Status Conference.
11 　IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from February 27, 2007, up to and
13 including March 13, 2007, is excluded from the time computations
14 required by the Speedy Trial Act due to ongoing preparation of counsel.
15 Dated: March 19, 2007

　　　　　　　　　　　　　　　　　　_/s/ Lawrence K. Karlton_
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Watkins order\07-008 LKK　　　　　　-2-