DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES AMANDO WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>JAMES AMANDO WATKINS, )<br>　　　　Defendant. )<br>_____ ) | No. CR-S-05-158 LKK, CR-S-07-008 LKK<br><br>**ORDER**<br><br>Date:　March 27, 2007<br>Time:　9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　This matter came on for Status Conference on March 13, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Amando Watkins, who was present in court and in custody.

　　　Counsel for the United States indicate he had received and considered the defendant's offer to settle both cases in a global plea agreement. Both parties asked the Court for additional time to allow

the government to get approval to accept the defendant's settlement offer. The parties requested a status conference date of March 27, 2007.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from March 13, 2007, up to and including March 27, 2007. **Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to March 27, 2007, at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from March 13, 2007, up to and including March 27, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: March 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT