```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JAMES AMANDO WATKINS
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. Cr-S-07-008, Cr-S-05-158 LKK
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  JAMES AMANDO WATKINS,        ) Date:  April 17, 2007
                                 ) Time:  9:30 a.m.
15              Defendant.       ) Judge: Lawrence K. Karlton
                                 )
16  _____ )

17
```

18      JAMES AMANDO WATKINS, by and through his counsel, Caro Marks,
19 Assistant Federal Defender, and the United States Government, by and
20 through its counsel, Jason Hitt, Assistant United States Attorney,
21 hereby stipulate and agree to vacate the previously scheduled Status
22 Conference/Change of Plea date of March 27, 2007 and set a new Status
23 Conference/COP date of April 17, 2007 at 8:30 a.m.. April 17 is also
24 the date set for resolution of the pending supervised release violation
25 (CR-S-05-158 LKK).

26      The parties need additional time to meet and discuss the
27 defendant's proposed resolution of both cases, to draft a plea
28 agreement encompassing both cases, and review the agreement with the

defendant.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including April 17, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
JAMES AMANDO WATKINS

Dated: March 26, 2007

MCGREGOR SCOTT
United States Attorney


/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 26, 2007

Stip and order\Watkins (Cr-S-07008 LKK)

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2