```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JAMES AMANDO WATKINS
 6

 7

 8             IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. Cr-S-07-008 LKK
                                 )      Cr-S-05-158 LKK
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  JAMES AMANDO WATKINS,        )  Date:  April 24, 2007
                                 )  Time:  9:30 a.m.
15            Defendant.         )  Judge: Lawrence K. Karlton
                                 )
16  _____)

17
```

18      JAMES AMANDO WATKINS, by and through his counsel, Caro Marks,
19 Assistant Federal Defender, and the United States Government, by and
20 through its counsel, Jason Hitt, Assistant United States Attorney,
21 hereby stipulate and agree to vacate the previously scheduled Status
22 Conference/Change of Plea date of April 17, 2007 and set a new Status
23 Conference/COP date of April 24, 2007 at 9:30 a.m.. On April 24, the
24 parties intend to resolve both the pending indictment and the pending
25 supervised release violation (CR-S-05-158 LKK).
26      The parties need additional time to draft a plea agreement which
27 encompasses both cases. The parties have agreed on a resolution and
28 need an additional week to memorialize it, and defense counsel needs

1  the time to review the plea agreement with the defendant.

2  IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including April 24, 2007, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation of counsel.

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES AMANDO WATKINS

Dated:  April 12, 2007

                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: April 12, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Stip and order\Watkins (Cr-S-07008 LKK)

2